696

No. 904. INDIANA FARMER'S GUIDE PUBLISHING CO. *v.* PRAIRIE FARMER PUBLISHING Co. May 17, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. U. S. Lesh* and *Eben Lesh* for petitioner. *Messrs. Maxwell V. Beghtol, Burke G. Slaymaker, Thomas E. Murphy,* and *J. L. Parrish, Jr.,* for respondent.

Nos. 925 and 926. ANAHMA REALTY CORP. *v.* PARK-LEXINGTON CORP. May 17, 1937. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. George F. Thompson* and *Robert F. Wagner* for petitioner. *Messrs. Stuart McNamara, Charles Green Smith, Cornelius W. Wickersham, Pike P. Waldrop, Alexander Pfeiffer,* and *Meyer Kraushaar* for respondent.

No. 930. B. LEVY & SON ET AL. *v.* REIFSNYDER, TRUSTEE. May 17, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. J. Julius Levy* for petitioners. *Mr. M. J. Martin* for respondent.

No. 876. GRINDLEY ET AL. *v.* SCHRAM, RECEIVER, ET AL. May 17, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Paul W. Voorhies* for petitioners. *Mr. Robert S. Marx* for respondents.

No. 879. HOTEL SYRACUSE MEN'S SHOP, INC. ET AL. *v.* HAIGHT, RECEIVER, ET AL. May 17, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the